IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEROD JOHN CHAMBERS,<br><br>Defendant. | CR 24-24-BLG-SPW<br><br><br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 43). Defendant Jerod Chambers has pled guilty to count 2 of the indictment and has admitted to its forfeiture allegation. Chambers' guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 43) is GRANTED;

IT IS FURTHER ORDERED that Jerod Chambers's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Savage 755A 12-gauge shotgun (serial number 597296)
- Hipoint (Strassell's Machine Inc.) 995 Rifle 9mm caliber (serial number A71004);
- SCCY Industries, LLC (SKYY Ind.) CPX-2 9mm caliber pistol (serial number 565009);
- New England Firearms Pardner .410 caliber rifle/shotgun (serial number NP201912);

- Any associated accessories and ammunition, including 76 assorted rounds of ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 26th day of September, 2025.

*[signature]*
HON. SUSAN P. WATTERS
United States District Court Judge