IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-24-24-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JEROD JOHN CHAMBERS, | |
| Defendant. | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for Wednesday, January 7, 2026 at 9:30 a.m. is **VACATED** and **RESET** to commence on **Wednesday, January 14, 2026 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 15th day of December, 2025.

SUSAN P. WATTERS
United States District Judge

1