IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JEROD JOHN CHAMBERS,**<br><br>Defendant. | CR 24-24-BLG-SPW<br><br><br>**FINAL ORDER OF FORFEITURE** |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 48) pursuant to Fed. R. Crim. P. 32.2(c)(2). Having reviewed said Motion, the Court FINDS:

1. The United States commenced forfeiture in this action pursuant to 26 U.S.C. § 5872(a) for violation of 26 U.S.C. §§ 5841, 5845, and 5861(d), to which Defendant Jerod John Chambers pled guilty.

2. The Court entered a Preliminary Order of Forfeiture (Doc. 45) on September 26, 2025, finding the following property subject to forfeiture and forfeiting Defendant's interest in it:

   a. Savage 755A 12-gauge shotgun (serial number 597296);
   b. Hipoint (Strassell's Machine Inc.) 995 rifle 9mm caliber (serial number A71004);
   c. SCCY Industries, LLC (SKYY Ind.) CPX-2 9mm caliber pistol (serial number 565009);

  d. New England Firearms Pardner .410 caliber rifle/shotgun (serial number NP201912); and

  e. Any associated accessories and ammunition, including 76 assorted rounds of ammunition.

3. All known interested parties were provided an opportunity to respond and published notice is complete, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6).

4. To date, no third-party claims have been made to this property and the time for doing so expired when published notice was complete.

Accordingly, IT IS ORDERED that:

1. The United States' Motion for Final Order of Forfeiture (Doc. 48) is GRANTED pursuant to Fed. R. Crim. P. 32.2(c)(2).

2. The above-listed property is fully and finally forfeited to the United States, free from the claims of any other party.

3. The United States has full and legal title to this forfeited property and may dispose of it in accordance with governing law when no longer needed as evidence.

DATED this 18th day of December, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge